**(116 So. 922)**

Ernest MOATS v. MUSCLE SHOALS GAS CO. (8 Div. 979.) Supreme Court of Alabama. May 15, 1928. Appeal from Circuit Court, Lauderdale County; Charles P. Almon, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**2**

**(114 So. 918)**

MOBILE & OHIO RAILROAD CO. v. Myrtle WILLIAMS, Adm'x. (1 Div. 456.) Supreme Court of Alabama. Nov. 25, 1927. Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Stevens, McCorvey, McLeod, Goode & Turner, of Mobile, for appellant. Harry T. Smith & Caffey, of Mobile, for appellee.

PER CURIAM. Appellee confesses error in that action of the court by which appellant's demurrer, alleging the complaint to be defective, for, that it failed to allege that appellee's intestate left surviving him a widow or dependent child, was overruled. Reversed on confession of error.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.

---

**3**

**(115 So. 921)**

Oliver NIXON et al. v. J. L. ECHOLS et al. (8 Div. 890.) Supreme Court of Alabama. Jan. 12, 1928. Appeal from Circuit Court, Morgan County; James E. Horton, Judge. Wade Wright, of Albany, for appellants. Ben L. Britnell, of Albany, for appellees.

SOMERVILLE, J. Affirmed in part, reversed and rendered in part, and remanded.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

---

**4**

**(114 So. 918)**

P. H. O'BRIEN v. Ollie O'BRIEN. (6 Div. 927.) Supreme Court of Alabama. Dec. 1, 1927. Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**5**

**(114 So. 918)**

J. D. O'REAR v. Martin O'REAR. (6 Div. 62.) Supreme Court of Alabama. Dec. 1, 1927. Appeal from Circuit Court, Walker County; R. L. Blanton, Judge.

PER CURIAM. Appeal dismissed on motion of appellant.

---

**6**

**(114 So. 918)**

PEOPLE'S BANK OF MOBILE v. Kate W. BARRET. (1 Div. 461.) Supreme Court of Alabama. Nov. 15, 1927. Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. See, also, 216 Ala. 344, 113 So. 389.

PER CURIAM. Appeal dismissed by appellant.

---

**(114 So. 918)**

Frank H. POWE v. Marguerite Powe PAYNE et al. (7 Div. 759.) Supreme Court of Alabama. Dec. 16, 1927. Appeal from Circuit Court, Talladega County; R. B. Carr, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

**2**

**(115 So. 921)**

Leonard PRESCOTT v. J. F. HESTER. (8 Div. 919.) Supreme Court of Alabama. Jan. 17, 1928. Appeal from Circuit Court, Colbert County; Charles P. Almon, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**3**

**(114 So. 918)**

O. L. SKIPPER v. Mrs. M. A. BROWN et al. (4 Div. 304.) Supreme Court of Alabama. Nov. 10, 1927. Appeal from Circuit Court, Dale County; J. S. Williams, Judge. See, also, 216 Ala. 694, 112 So. 918.

PER CURIAM. Appeal dismissed for want of prosecution.

---

**4**

**(114 So. 919)**

Robie SPIKES v. STATE. (4 Div. 354.) Supreme Court of Alabama. Nov. 3, 1927. Certiorari to Court of Appeals. E. C. Boswell, of Geneva, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition to the Court of Appeals to review and revise the judgment and decision of that court in Spikes v. State, 114 So. 925. Petition dismissed for noncompliance with Supreme Court rule 44.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.

---

**5**

**(114 So. 919)**

Frank W. STEVENS v. Adlene MUNDEN. (2 Div. 919.) Supreme Court of Alabama. Dec. 22, 1927. Appeal from Circuit Court, Dallas County; Thomas E. Knight, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

**6**

**(114 So. 919)**

SUNNY SOUTH GRAIN CO. v. F. J. BLACKBURN. (6 Div. 11.) Supreme Court of Alabama. Dec. 22, 1927. Appeal from Circuit Court, Jefferson County; John Denson, Judge.

PER CURIAM. Appeal dismissed by agreement.